UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) CRIM. NO. 3:21-CR-90 | |
| | ) | |
| v. | ) (Judge          ) | |
| | ) | |
| DAHVEED DEAN | ) (Electronically Filed) | |

FILED
SCRANTON

MAR 3 0 2021

PER _____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT I

On July 15, 2016, at the United States Penitentiary at Canaan, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

### DAHVEED DEAN,

an inmate, did forcibly assault, impede, intimidate, and interfere with a person designated by Section 1114 of Title 18, United States Code, an employee of an agency in any branch of the United States Government, while that person was engaged in or on account of the performance of his official duties, making physical contact with such employee; to wit, in that defendant assaulted a Correctional Officer, an employee of United States Penitentiary Canaan engaged in the performance of his official duties, by striking him.

All in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

By: _____
SEAN A. CAMONI
Assistant United States Attorney

Date: 3/30/21